# United States Court of Appeals
## For the First Circuit

No. 03-1972

ROY HILLSTROM,

Plaintiff, Appellant,

v.

BEST WESTERN TLC HOTEL,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on December 31, 2003 is amended as follows:

On page 2, line 3, "April 2002" should be replaced with "April 2000"

On page 8, after the colon on line 2, the portion of the sentence reading "usually the availability of a mixed-motive analysis depends" should be revised to read "the rule that usually the availability of a mixed-motive analysis depended"